**Daniel Rolando Ortega MARROQUIN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 09–2740.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 29, 2010.

Filed: May 4, 2010.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Guatemalan citizen Daniel Marroquin petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum, withholding of removal, and cancellation of removal. We conclude that the denial of asylum and withholding of removal was supported by substantial evidence on the record as a whole. *See Khrystotodorov v. Mukasey*, 551 F.3d 775, 781 (8th Cir.2008) (standard of review); *Zacarias–Velasquez v. Mukasey*, 509 F.3d 429, 433–34 (8th Cir.2007) (persecution must be on account of protected ground); *Bartolo–Diego v. Gonzales*, 490 F.3d 1024, 1027–28 (8th Cir.2007) (same). We deny Marroquin's request to reconsider our prior order dismissing his petition with respect to the denial of cancellation of removal. *See* 8 U.S.C. § 1252(a)(2)(B)(i) ("no court shall have jurisdiction to review" denial of cancellation of removal); *Zacarias–Velasquez*, 509 F.3d at 434 (whether alien meets exceptional-and-extremely-unusual-hardship threshold "is precisely the discretionary determination" shielded from our review under § 1252(a)(2)(B)).

Accordingly, we deny the petition for review.